In the Matter of LOUIS V. GAZZA, Appellant. HILDA ABELSPIES, Respondent.

Argued December 2, 1952; decided January 15, 1953.

*Thomas A. McDonald* for appellant.

*Richard C. Cotter* and *Willard D. Cotter* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.